PAMELA J. SHAW, APPELLEE, V. WAYNE R. SHAW,
APPELLANT.
341 N.W.2d 348

Filed December 23, 1983. No. 83-228.

Harry H. Foulks, for appellant.

Patricia J. Jacobs, for appellee.

KRIVOSHA, C.J., BOSLAUGH, WHITE, HASTINGS,
CAPORALE, SHANAHAN, and GRANT, JJ.

PER CURIAM.
The court, having reviewed the record in this case,
finds that the judgment of the trial court should be
affirmed.

AFFIRMED.